# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| ROBERT S. RUTHERFORD,<br>ADC #178056 | * * * * | |
| Plaintiff, | * | |
| v. | * | No. 4:23-CV-00094-JJV |
| | * | |
| WALTER WASHINGTON,<br>Lieutenant, Varner Super Max, ADC, | * * * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Notice of Settlement (Doc. 25), it is CONSIDERED, ORDERED, and ADJUDGED that this case is VOLUNTARILY DISMISSED with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

SO ORDERED this 6th day of February 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1